FRANK RUSSELL, Respondent, *v.* NATIONAL EXHIBITION COMPANY, Appellant.

*Russell* v. *National Exhibition Co.*, 103 App. Div. 609, affirmed.
(Argued April 15, 1907; decided April 30, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover an amount alleged to be due under a contract for services.

*Cornelius J. Sullivan, De Lancey Nicoll* and *Raymond D. Thurber* for appellant.

*John M. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

EDWARD CRAMSEY, Respondent, *v.* CHARLES A. STERLING, Appellant.

*Cramsey* v. *Sterling*, 111 App. Div. 568, affirmed.
(Argued April 15, 1907; decided April 30, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1906, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action to rescind and set aside a conveyance of an interest in certain real and personal property upon the ground of false representations having induced the conveyance.

*Hubert E. Rogers* for appellant.

*Lyman E. Warren* and *George W. Bristol* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.